IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ALEXANDRA PARADISE, | : | Case No. 3:13-cv-00001 |
| Plaintiffs | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| COMMONWEALTH FINANCIAL SYSTEMS, INC., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 16th day of October, 2013, it is hereby ORDERED:

1. Plaintiff's motion for default judgment (June 17, 2013, ECF No. 10) is GRANTED.

2. The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant in the amount of $63,000.

3. The Clerk of Court is directed to close the file.

       BY THE COURT:

       s/ Matthew W. Brann
       Matthew W. Brann
       United States District Judge